UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY CARR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:17-CV-1893 |
| v. | : | |
| | : | (Chief Judge Conner) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | |
| | : | |
| Defendant. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly file this Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and request that this Court enter an order dismissing this matter with prejudice.

**Dated:** December 10, 2018

Respectfully submitted,

/s/ *Stephen J. Fitzgerald*
Stephen J. Fitzgerald
GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
(203) 777-4425 (phone)
(203) 776-3965 (fax)
sfitzgerald@garrisonlaw.com

Tiffanie C. Benfer
HARDWICK BENFER, LLC
179 North Broad Street
Doylestown, PA 18901
(215) 230-1912 (phone)
(215) 230-1913 (fax)
tbenfer@hardwickbenfer.com

*Counsel for Plaintiff*

/s/ *Vincent Candiello*
Vincent Candiello
COZEN O'CONNOR
17 North Second Street, Suite 1410
Harrisburg, PA 17101
(717) 773-4200 (phone)
(267) 507-1570 (fax)
vcandiello@cozen.com

Robert S. Hawkins
Andrew J. Rolfes
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
rhawkins@cozen.com; arolfes@cozen.com
(215) 665-2015 (phone)
(646) 461-2097 (fax)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I, Stephen J. Fitzgerald, Esquire, hereby certify that on this __10th__ day of December, 2018, I caused a copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* to be served on all counsel of record via the Court's electronic filing system.

                                                        /s/ *Stephen J. Fitzgerald*
                                                         Stephen J. Fitzgerald